EXHIBIT 3



157 E. New England Ave.                                        Amaris C. Gyebi
Suite 375                                                 Direct: 407-644-8888
Winter Park, FL 32789                                    agyebi@firstiniplaw.com

September 2, 2022

**VIA FEDEX AND EMAIL: info@aaacarsales.net**

Michael Matta
AAA Car Sales, Inc.
1191 NW 72 Terrace
Miami, FL 33178

10301 NW 27th Ave.
Miami, FL 33147

Re:      **Unauthorized Use of AAA's Marks**

Dear Mr. Matta:

We write regarding our June 29, 2022 letter concerning your unauthorized use of the AAA Marks. A copy of that letter is enclosed for your convenience, along with updated screenshots showing your continued infringement.

In our previous letter, we informed you that The American Automobile Association, Inc. ("AAA") owns trademarks ("AAA Marks"), including United States trademark registrations in connection with automobile accident–related services such as vehicle insurance programs, emergency roadside assistance, and administration of post-accident benefits and services. Our letter further explained that your utilization of AAA Marks in your business name and branding is bound to harm AAA by causing consumers to become confused and to believe, erroneously, that you are somehow associated or affiliated with AAA. Such use infringes AAA's valuable AAA Marks in violation of numerous provisions of the Lanham Act, state statutes, and common law.

In response, you did contact our offices regarding possibly resolving your infringement by becoming an Auto Approved Member. Unfortunately, The AAA Approved Auto Repair mark is only available to shops that do repair work as their core business. Thus, this is not a feasible option for you to pursue.

*MORE THAN IP SERVICES – IP SOLUTIONS*

Michael Matta
September 2, 2022
Page 2

       Accordingly, we hereby reiterate our request that you immediately discontinue use of the AAA business name and mark.

       Although we continue to prefer to resolve this matter amicably, if we do not hear from you or receive written confirmation of your compliance within ten days of receipt, AAA will take all steps necessary to protect its rights.

       Sincerely,
       /s/Amaris Gyebi
       Amaris C. Gyebi, Esquire

ACG/sab

Enclosures

*MORE THAN IP SERVICES – IP SOLUTIONS*



BEUSSE SANKS
INTELLECTUAL PROPERTY ATTORNEYS

157 E. New England Ave.                              Amaris C. Gyebi
Suite 375                                      Direct:  407-644-8888
Winter Park, FL 32789                          agyebi@firstiniplaw.com

June 29, 2022

**Via FedEx and Email** – *info@aaacarsales.net*
Michel Matta
AAA Car Sales, Inc.
11191 NW 72 Terrace
Miami, FL 33178

*Re:   Beusse Sanks Matter No. 20046-016*
*AAA Car Sales, Inc. Infringement of AAA Marks*

Dear Mr. Matta:

We represent The American Automobile Association, Inc. ("AAA") in intellectual property litigation matters.

As you undoubtedly know, AAA offers under its famous AAA trademarks ("AAA Marks") a wide range of products and services, including automobile accident assistance services, to its more than 50 million members in the United States and Canada. AAA has been providing its members with these benefits for more than 100 years, and in that time its AAA Marks have become famous both in the United States and around the world. AAA has invested enormous resources to develop and foster the reputation, recognition, and goodwill of its member clubs' products and services.

AAA owns United States trademark registrations for its AAA Marks in connection with its products and services, including for use in connection with automobile accident–related services such as vehicle insurance programs, emergency roadside assistance, and administration of post-accident benefits and services. *See, e.g.*, U.S. Trademark Reg. Nos. 829,265, 1,327,400, 2,158,654, 2,900,596, 3,831,880, and 5,036,379, each attached for your reference. AAA has registered its AAA Marks with the United States Patent and Trademark Office for the exclusive use of itself and its member clubs.

AAA has recently learned that your company AAA Car Sales, Inc. ("AAA Car Sales") is displaying and utilizing AAA Marks in its business name and branding. Please see attached evidence of AAA Car Sales' use of the AAA marks. It is our understanding that AAA Car Sales is not approved by or otherwise affiliated with AAA. Therefore, you are not authorized to use the AAA Marks in any way in connection with your business. Your use of AAA Marks is bound to cause consumers to become confused and to believe, erroneously, that your business is somehow approved by, associated, or affiliated with, AAA.

*MORE THAN IP SERVICES – IP SOLUTIONS*

Michel Matta
June 29, 2022
Page 2


Accordingly, AAA hereby provides notice that your use of the AAA Marks and related logos constitutes willful infringement of AAA's valuable AAA Marks, as well as false designation of origin and unfair competition and dilution in violation of Sections 32, 43(a) and 43(c) of the Lanham Act, 15 U.S.C. §§ 1114, 1125(a), and 1125(c) of state statutes and common law.

Your use of the AAA Marks must end immediately and permanently. At a minimum, you must take the following immediate actions:

1. Permanently cease use of the AAA Marks as well as any use any other name, mark, or logo confusingly similar to AAA;

2. Destroy all materials displaying the AAA Marks, and any other name, mark, or logo confusingly similar to them, including signs, advertisements, forms, internet content, and stationery;

3. Cancel all advertisements utilizing the AAA Marks, whether on the Internet or elsewhere; and

4. Provide written confirmation that you have taken these actions.

We hope that this matter can be resolved expeditiously and amicably, and we urge you to contact us to discuss any questions or concerns that you may have. We may proceed with taking legal action against AAA Car Sales if we do not receive written confirmation that you have complied with the requests in this letter within the next ten (10) days following receipt of this letter. If we receive an acceptable **written** response, we will then forward you a settlement agreement for execution.


Sincerely,
/s/Amaris Gyebi
Amaris C. Gyebi, Esquire


TMS/ACG/aac

Enclosures

# United States Patent Office

**829,265**
Registered May 23, 1967

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 230,991, filed Oct. 22, 1965

# AAA

The American Automobile Association (Incorporated)
  (Connecticut corporation)
1712 G St. NW.
Washington, D.C.  20006

For: AUTOMOBILE ASSOCIATION SERVICES RENDERED TO MOTOR VEHICLE OWNERS, MOTORISTS, AND T R A V E L E R S GENERALLY—NAMELY, OBTAINING MOTOR VEHICLE LICENSE PLATES AND TITLE CERTIFICATES; SPONSORING SCHOOL SAFETY PATROLS; ADVOCATING LEGISLATION FAVORABLE TO SAFE AND ECONOMICAL MOTOR VEHICLE TRAVEL, OPERATION, AND MAINTENANCE; CONDUCTING MOTOR VEHICLE TESTS AND MAKING TESTS OF AUTOMOTIVE AND RELATED PRODUCTS; AND RATING T O U R I S T ACCOMMODATIONS—in CLASS 100.
  First use 1903; in commerce 1903.

For: ARRANGING FOR DISCOUNT PURCHASES, COLLECTING DAMAGE CLAIMS; OFFERING REWARDS FOR INFORMATION LEADING TO AR-

REST AND CONVICTION OF PERSONS STEALING MEMBERS' AUTOMOBILES; AND PLACING INSURANCE WITH UNDERWRITERS, in CLASS 101.
  First use 1916; in commerce 1916.

For: PROVIDING BAIL BOND, in CLASS 102.
  First use 1916; in commerce 1916.

For: PROVIDING EMERGENCY ROAD SERVICE, in CLASS 103.
  First use 1916; in commerce 1916.

For: DISSEMINATING TRAVEL INFORMATION AND MAKING TRAVEL ARRANGEMENTS, in CLASS 105.
  First use 1902; in commerce 1902.

For: TEACHING MOTOR VEHICLE OPERATION; CONDUCTING T R A F F I C AND PEDESTRIAN SAFETY CAMPAIGNS, AND GIVING TRAFFIC SAFETY LESSONS, in CLASS 107.
  First use 1924; in commerce 1924.

Owner of Reg. Nos. 547,321 and 703,556.

Int. Cls.: 36, 37 and 39

Prior U.S. Cls.: 102, 103 and 105

**United States Patent and Trademark Office**

Reg. No. 1,327,400
Registered Mar. 26, 1985

## SERVICE MARK
### Principal Register

## AAA PLUS

American Automobile Association (Virginia corporation)
8111 Gatehouse Rd.
Falls Church, Va. 22047

For: REIMBURSEMENT OF FUNDS FOR LEGAL SERVICES, in CLASS 36 (U.S. Cl. 102).
First use Mar. 18, 1983; in commerce Mar. 18, 1983.
For: EMERGENCY ROAD SERVICES, in CLASS 37 (U.S. Cl. 103).
First use Mar. 18, 1983; in commerce Mar. 18, 1983.

For: DISSEMINATING TRAVEL INFORMATION AND MAKING TRAVEL ARRANGEMENTS FOR OTHERS, in CLASS 39 (U.S. Cl. 105).
First use Mar. 18, 1983; in commerce Mar. 18, 1983.
Owner of U.S. Reg. Nos. 547,321, 829,265 and others.

Ser. No. 480,675, filed May 16, 1984.

NANCY O. HEBERT, Examining Attorney

Int. Cls.: 36, 37 and 39

Prior U.S. Cls.: 102, 103 and 105

**United States Patent and Trademark Office**

Corrected

Reg. No. 1,327,400
Registered Mar. 26, 1985
OG Date Feb. 19, 1991

## SERVICE MARK
## PRINCIPAL REGISTER

## AAA PLUS

AMERICAN AUTOMOBILE ASSOCIA-
TION (CONNECTICUT CORPORA-
TION)
1000 AAA DRIVE
HEATHROW, FL 327465063

OWNER OF U.S. REG. NOS. 547,321,
829,265 AND OTHERS.

FOR: REIMBURSEMENT OF FUNDS
FOR LEGAL SERVICES, IN CLASS 36
(U.S. CL. 102).

FIRST USE 3–18–1983; IN COMMERCE
3–18–1983.

FOR: EMERGENCY ROAD SERVICES,
IN CLASS 37 (U.S. CL. 103).

FIRST USE 3–18–1983; IN COMMERCE
3–18–1983.

FOR: DISSEMINATING TRAVEL IN-
FORMATION AND MAKING TRAVEL
ARRANGEMENTS FOR OTHERS, IN
CLASS 39 (U.S. CL. 105).

FIRST USE 3–18–1983; IN COMMERCE
3–18–1983.

SER. NO. 73–480,675, FILED 5–16–1984.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Feb. 19, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cls.: 16, 35, 36, 37, 39 and 42

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101, 102, 103, 105 and 106

## United States Patent and Trademark Office

Reg. No. 2,158,654

Registered May 19, 1998

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



AMERICAN AUTOMOBILE ASSOCIATION, INC. (CONNECTICUT CORPORATION)
1000 AAA DRIVE
HEATHROW, FL 327465063

FOR: MAGAZINES, PAMPHLETS, BOOKLETS, AND DIRECTORIES IN THE FIELDS OF TRAVEL INFORMATION, TRAFFIC SAFETY, VEHICLE INFORMATION AND REPAIR, AND DRIVER INSTRUCTION; MAPS, GROUPS OF STRIP AND OTHER MAPS, AND PRINTED BOOKLETS AND PAMPHLETS FEATURING TOURING AND ROUTE INFORMATION, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3–1–1997; IN COMMERCE 3–1–1997.

FOR: ARRANGING FOR DISCOUNT PURCHASES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3–1–1997; IN COMMERCE 3–1–1997.

FOR: ADJUSTING AND COLLECTING INSURANCE DAMAGE CLAIMS; INSURANCE BROKERAGE SERVICES, NAMELY, OBTAINING INSURANCE, PLACING INSURANCE WITH UNDERWRITERS; FINANCIAL SERVICES, NAMELY, ISSUING, PAYING, AND COLLECTING TRAVELER'S CHECKS; BANKING SERVICES, NAMELY, TIME DEPOSITS; INVESTMENT ADVICE COUNSELING SERVICES; CREDIT CARD AND AUTO LOAN SERVICES; REIMBURSEMENT FOR LEGAL SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3–1–1997; IN COMMERCE 3–1–1997.

FOR: EMERGENCY ROAD SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 3–1–1997; IN COMMERCE 3–1–1997.

FOR: TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKING FOR TRANSPORTATION, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 3–1–1997; IN COMMERCE 3–1–1997.

2                                    2,158,654

FOR: AUTOMOBILE CLUB SERVICES, NAMELY, RATING TOURIST ACCOMMODATIONS; PROMOTING PUBLIC AWARENESS OF THE NEED FOR TRAFFIC AND PEDESTRIAN SAFETY BY MEANS OF SPONSORING SCHOOL SAFETY PATROLS AND CONDUCTING TRAFFIC AND PEDESTRIAN SAFETY CAMPAIGNS; PROMOTING THE INTERESTS OF AUTOMOBILE TRAVELERS BY ADVOCATING LEGISLATION FAVORABLE TO SAFE AND ECONOMICAL MOTOR VEHICLE TRAVEL, OPERATION, AND MAINTENANCE; CONSUMER PRODUCT SAFETY TESTING AND CONSULTATION, NAMELY, CONDUCTING MOTOR VEHICLE TESTS AND ENDUR-ANCE TESTS, AND MAKING TESTS OF AUTOMOTIVE AND RELATED PRODUCTS; TRAVEL ARRANGING SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKING FOR LODGING, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3–1–1997; IN COMMERCE 3–1–1997.

OWNER OF U.S. REG. NOS. 547,321, 1,784,437 AND OTHERS.

SER. NO. 75–263,675, FILED 3–25–1997.

ANDREW BENZMILLER, EXAMINING ATTORNEY

Int. Cls.: **35, 36, 37, 38, 39, 42, 43, and 45**

Prior U.S. Cls.: **100, 101, 102, 103, 104, 105, and 106**

**Reg. No. 2,900,596**

# United States Patent and Trademark Office

Registered **Nov. 2, 2004**

## SERVICE MARK
### PRINCIPAL REGISTER

# AAA PREMIER

AMERICAN AUTOMOBILE ASSOCIATION, INC. (CONNECTICUT CORPORATION)
1000 AAA DRIVE
HEATHROW, FL 32746

FOR: PROVIDING REFERRALS IN CONNECTION WITH AUTO BODY REPAIR SERVICES AND HOME REPAIR SERVICES AND HOME BUILDING AND HOME REPAIR SERVICES; ADMINISTRATION OF A DISCOUNT PROGRAM FOR ENABLING PARTICIPANTS TO OBTAIN DISCOUNTS ON GOODS AND SERVICES THROUGH USE OF A DISCOUNT MEMBERSHIP CARD; PROVIDING INFORMATION ABOUT VEHICLES FOR SALE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-1-2001; IN COMMERCE 11-1-2001.

FOR: REIMBURSEMENT OF RENTAL CAR EXPENSES; INSURANCE UNDERWRITING IN THE FIELD OF AUTO, HOME, TRIP INTERRUPTION, VEHICLE MECHANICAL BREAKDOWN, AND VEHICLE RETURN INSURANCE; VEHICLE BROKERAGE SERVICES; PROVIDING EXTENDED VEHICLE WARRANTIES; LIFE AND TRAVEL ACCIDENT INSURANCE UNDERWRITING SERVICES; PROVIDING EXTENDED HOME WARRANTIES; PROVIDING INFORMATION ON VEHICLE PRICING, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-1-2001; IN COMMERCE 11-1-2001.

FOR: EMERGENCY ROAD SIDE ASSISTANCE SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 11-1-2001; IN COMMERCE 11-1-2001.

FOR: TELECOMMUNICATIONS AND TELEMATICS SERVICES, NAMELY, PROVIDING WIRELESS VOICE AND DATA COMMUNICATION SERVICES FOR VEHICLE OPERATORS TO OBTAIN INFORMATION CONCERNING TRAFFIC, TRAVEL, EMERGENCY INFORMATION, POLICE ASSISTANCE, AND EMERGENCY RESCUE SERVICE, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 11-1-2001; IN COMMERCE 11-1-2001.

FOR: TRAVEL AGENCY SERVICES, NAMELY, MAKING BOOKINGS AND RESERVATIONS FOR TRANSPORTATION; TRAVEL INFORMATION SERVICES IN THE NATURE OF ROUTE PLANNING FOR OTHERS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 11-1-2001; IN COMMERCE 11-1-2001.

FOR: NOTARY PUBLIC SERVICES; VEHICLE INSPECTION SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 11-1-2001; IN COMMERCE 11-1-2001.

FOR: TRAVEL AGENCY SERVICES, NAMELY MAKING BOOKINGS AND RESERVATIONS FOR LODGINGS, RESTAURANTS, AND MEALS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 11-1-2001; IN COMMERCE 11-1-2001.

FOR: CONCIERGE SERVICES FOR OTHERS COMPRISING MAKING REQUESTED PERSONAL ARRANGEMENTS AND RESERVATIONS AND PROVIDING CUSTOM ER-SPECIFIC INFORMATION TO MEET INDIVIDUAL NEEDS RENDERED TOGETHER IN A TRAVEL ADVICE ENVIRONMENT; HOME LOCKOUT SERVICES, NAMELY, LOCKSMITHING IN THE NATURE OF OPENING LOCKS FOR OTHERS; FRAUD DETECTION SERVICES IN THE FIELD OF CREDIT CARD TRANSACTIONS, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 11-1-2001; IN COMMERCE 11-1-2001.

OWNER OF U.S. REG. NOS. 829,265, 849,165, AND OTHERS.

SN 78-128,780, FILED 5-15-2002.

BRETT J. GOLDEN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

## AAA ACCIDENT ASSIST

**Reg. No. 3,831,880**

**Registered Aug. 10, 2010**

**Int. Cls.: 36, 37 and 39**

**SERVICE MARK**

**PRINCIPAL REGISTER**

AMERICAN AUTOMOBILE ASSOCIATION, INC. (CONNECTICUT CORPORATION)
1000 AAA DRIVE
HEATHROW, FL 327465063

FOR: UNDERWRITING OF AUTO INSURANCE; ADJUSTING AND COLLECTING INSURANCE DAMAGE CLAIMS; PROVIDING EXTENDED WARRANTY ON WORKMANSHIP OF AUTO REPAIRS AND ADMINISTERING SAME IN THE NATURE OF SCHEDULING OF AUTO REPAIR, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-0-2010; IN COMMERCE 1-0-2010.

FOR: EMERGENCY ROADSIDE ASSISTANCE, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 1-0-2010; IN COMMERCE 1-0-2010.

FOR: ARRANGING FOR RENTAL VEHICLES, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 1-0-2010; IN COMMERCE 1-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 703,556, 1,782,222 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ACCIDENT ASSIST", APART FROM THE MARK AS SHOWN.

SER. NO. 77-926,662, FILED 2-3-2010.

TINA MAI, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,036,379**

**Registered Sep. 06, 2016**

**Int. Cl.: 16, 35, 36, 37, 39, 41, 42, 43**

**Service Mark**

**Trademark**

**Principal Register**

American Automobile Association, Inc. (CONNECTICUT CORPORATION)
1000 AAA Drive
Heathrow, FL 32746

CLASS 16: Magazines, pamphlets, booklets, and directories in the fields of travel information, traffic safety, vehicle information and repair, and driver instruction; maps, groups of strip maps and other maps, and printed booklets and pamphlets featuring touring and route information

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 35: Administration of a discount program for enabling participants to obtain discounts on goods and services through use of a discount membership card; Promoting public awareness of the need for traffic and pedestrian safety by means of sponsoring school safety patrols and conducting traffic and pedestrian safety campaigns; promoting the interests of automobile travelers by advocating legislation favorable to safe and economical motor vehicle travel, operation, and maintenance; automobile club services, namely, price comparison rating of the tourist accommodations of others

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 36: Adjusting and collecting insurance damage claims; insurance brokerage services, namely, obtaining insurance, placing insurance with underwriters; financial services, namely, issuing, paying, and collecting traveler's checks; banking services, namely, time deposits; investment advice counseling services; credit card payment processing and auto loan brokerage services; reimbursement payment processing in the field of legal services

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 37: Emergency road side repair services

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 39: Travel agency services, namely, making reservations and booking for transportation; Providing a web site and web site links to geographic information, map images, and trip routing

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 41: Providing on-line magazines in the field of travel; publication of electronic



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

magazines

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 42: Consumer product safety testing and consultation, namely, conducting motor vehicle tests and endurance tests, and making tests of automotive and related products

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

CLASS 43: Travel agency services, namely, making reservations and booking for temporary lodging

FIRST USE 3-1-1997; IN COMMERCE 3-1-1997

The color(s) red and blue is/are claimed as a feature of the mark.

The mark consists of the letters "AAA" appear in red with a stylized blue orbit design appearing behind the letters.

OWNER OF U.S. REG. NO. 0829265, 2158654, 0703556

SER. NO. 86-894,143, FILED 02-02-2016
JAY K FLOWERS, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

   



10301 NW 27th Ave,
Miami, FL 33147

**SALES:** (786) 615-4474
**EMAIL:** info@aaacarsales.net

  

HOME   Inventory   Apply Online   About Us   Testimonials   Make Payment   Contact Us   

# WE WANT TO BUY YOUR CAR
## EVEN IF YOU DON'T BUY OURS



### NO TRADE-IN NECCESSARY
### NO OBLIGATIONS
### NO HASSLE

**Schedule an Appraisal TODAY**

**Sell your old vehicle for cash!** Top dollar paid for your car, any make, model, year.

QUICK SEARCH | Make ▼ | Model ▼ | Min Price | Max Price | SEARCH


**Get Pre-Qualified**


**Select Your Dream Car**


**Customize Payment**


**Secure Your Deal**


**Drive Your Car Home**

Get Approved Today

## Featured Vehicles

   

 AAA CAR SALES

10301 NW 27th Ave,
Miami, FL 33147

SALES: **(786) 615-4474**
EMAIL: **info@aaacarsales.net**

  

| HOME | Inventory | Apply Online | About Us | Testimonials | Make Payment | Contact Us |
|------|-----------|--------------|----------|--------------|--------------|------------|

 

## Shop By Body Type



CONVERTIBLE    COUPE    PASSENGER    PICKUP    SEDAN

SUV    WAGON

## Shop By Price

| Under $10,000 | Under $25,000 | Under $60,000 |
| Under $15,000 | Under $30,000 | Under $65,000 |
| Under $20,000 | Under $35,000 | All Cars |

**BROWSE INVENTORY**

## AAA Car Sales

10301 NW 27th Ave
Miami, FL 33147

Sales                    (786) 615-4474

info@aaacarsales.net

| Monday | **10:00 AM - 7:00 PM** |
| Tuesday | 10:00 AM - 7:00 PM |
| Wednesday | 10:00 AM - 7:00 PM |
| Thursday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 7:00 PM |
| Saturday | 10:00 AM - 7:00 PM |
| Sunday | CLOSED |

## Get in Touch

Stop by or send us a message. Our team is ready to assist!

First Name

Last Name

Email

Phone

Message

By clicking "SUBMIT", I consent to be contacted by the dealer at any telephone number or Email I provide, including, without limitation, communications sent via text message to my cell phone or communications sent using an autodialer or prerecorded message. This acknowledgment constitutes my written consent to receive such communications. I have read and agree to the Privacy Policy of this dealer.

Submit





10301 NW 27th Ave,
Miami, FL 33147

SALES: **(786) 615-4474**
EMAIL: **info@aaacarsales.net**

  

HOME    Inventory    Apply Online    About Us    Testimonials    Make Payment    Contact Us

# USED CAR DEALERSHIP IN MIAMI, FL

AAA Car Sales is a family owned used car dealership in Miami, FL. With over 20 years of experience, our dealership is dedicated to offering high-quality, pre-owned vehicles to our customers.

From the moment you walk through our door, we're committed to providing you with a great car-buying experience. With our skilled sales staff and financing options, we'll help you get the vehicle you want, at the great price you deserve.

Our goal is for you to be so delighted with your vehicle purchase that you'll come see us when you need your next car and will happily recommend us to friends and family. Customer referrals are the ultimate compliment.

## HOW TO REACH US?

10301 NW 27th Ave,
Miami, FL 33147

## STORE HOURS

**Mon - Sat :**  10:00 AM - 7:00 PM
**Sun :**  CLOSED

## FOLLOW US

  

HOME    |    INVENTORY    |    MIAMI INVENTORY    |    APPLY ONLINE    |    ABOUT US    |    TESTIMONIALS    |    MAKE PAYMENT    |    CONTACT US    |    PRIVACY POLICY

© 2022 AAA Car Sales

Website by: DealerCenter









**aaacarsalesmiami**

Message    Follow ⌄    ...

80 posts    1,665 followers    0 following

**AAA CAR SALES MIAMI / UM**
Car dealership
Family owned Car dealership that offers quality preowned vehicles at affordable prices located in Miami,Florida HABLAMOS ESPAÑOL check our inventory 👇
www.aaacarsales.net/miami-inventory

        

HAPPY OW...    VIDEOS    WEB SITE

▦ POSTS    ▷ VIDEOS    ⌖ TAGGED

        

        

        

10:26 AM
5/2/2022













