# EXHIBIT 4

January 17, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 777834560981

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | J.MATTA | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday | | MIAMI, FL, |
| | | **Delivery date:** | Sep 7, 2022 14:21 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 777834560981 | **Ship Date:** | Sep 2, 2022 |
| | | **Weight:** | |

**Recipient:**  
MIAMI, FL, US,

**Shipper:**  
WINTER PARK, FL, US,

**Reference**   Matter No. 20046-016

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx