# EXHIBIT 5



157 E. New England Ave.  
Suite 375  
Winter Park, FL 32789

Amaris   C.   Gyebi  
Direct: 407-644-8888  
agyebi@firstiniplaw.com

December 16, 2022

**VIA FEDEX AND EMAIL:** info@aaacarsales.net  
Michael Matta  
AAA Car Sales, Inc.  
10301 NW 27th Avenue  
Miami, FL 33147

Re:     **Unauthorized Use of AAA's Marks**

Dear Mr. Matta:

We write regarding our June 29, 2022, and September 2, 2022 letters concerning your unauthorized use of the AAA Marks.

In our previous letters, we informed you that The American Automobile Association, Inc. ("AAA") owns trademarks ("AAA Marks"), including United States trademark registrations in connection with automobile accident–related services such as vehicle insurance programs, emergency roadside assistance, and administration of post-accident benefits and services.  Our letters further explained that your utilization of AAA Marks in your business name and branding is bound to harm AAA by causing consumers to become confused and to believe, erroneously, that you are associated or affiliated with AAA.  Such use infringes AAA's valuable AAA Marks in violation of numerous provisions of the Lanham Act, state statutes, and common law. It was also communicated to you, that neither you nor your business could become AAA-approved members as AAA does not have an existing certification program for automobile sales.

Despite being put on clear notice of your infringing activities, you continue to operate under the name AAA Car Sales, in absolute disregard of AAA's intellectual property rights. See the attached enclosure.

This is our third and final request that you immediately comply with the below-listed demands, and provide written confirmation of your compliance, no later than ten days from receipt of this correspondence. Failure to do so may result in AAA pursuing legal action against you.

*MORE THAN IP SERVICES – IP SOLUTIONS*

December 16, 2022
Page 2

**Demands**

   1.   Permanently cease use of the AAA Marks as well as any use any other name, mark, or logo confusingly similar to AAA;

   2.   Destroy all materials displaying the AAA Marks, and any other name, mark, or logo confusingly similar to them, including signs, advertisements, forms, internet content, and stationery;

   3.   Cancel all advertisements utilizing the AAA Marks, whether on the Internet or elsewhere; and

   4.   Provide written confirmation that you have taken these actions.

                                  Sincerely,
                                  /s/Amaris Gyebi
                                  Amaris C. Gyebi, Esquire

ACG/map



**10301 NW 27th Ave,
Miami, FL 33147**

SALES: **(786) 615-4474**
EMAIL: **info@aaacarsales.net**



| HOME | Inventory | Apply Online | About Us | Testimonials | Make Payment | Contact Us |



# WE WANT TO BUY YOUR CAR

### EVEN IF YOU DON'T BUY OURS

## NO TRADE-IN NECCESSARY
## NO OBLIGATIONS
## NO HASSLE

**Schedule an Appraisal TODAY**

**Sell your old vehicle for cash!** Top dollar paid for your car, any make, model, year.



**SALES:** (786) 615-4474

10301 NW 27th Ave,
Miami, FL 33147

**EMAIL:** info@aaacarsales.net

  

| HOME | Inventory | Apply Online | About Us | Testimonials | Make Payment | Contact Us |



## AAA Car Sales

10301 NW 27th Ave
Miami, FL 33147

**Sales**          (786) 615-4474

info@aaacarsales.net

| | |
|---|---|
| Monday | 10:00 AM - 7:00 PM |
| Tuesday | 10:00 AM - 7:00 PM |
| Wednesday | 10:00 AM - 7:00 PM |
| **Thursday** | **10:00 AM - 7:00 PM** |
| Friday | 10:00 AM - 7:00 PM |
| Saturday | 10:00 AM - 7:00 PM |
| Sunday | CLOSED |

## Get in Touch

Stop by or send us a message. Our team is ready to assist!

First Name

Last Name

Email

Phone

Message

By clicking "SUBMIT", I consent to be contacted by the dealer at any telephone number or Email I provide, including, without limitation, communications sent via text message to my cell phone or communications sent using an autodialer or prerecorded message. This acknowledgment constitutes my written consent to receive such communications. I have read and agree to the Privacy Policy of this dealer.

Submit



**10301 NW 27th Ave,**
**Miami, FL 33147**

**SALES: (786) 615-4474**
**EMAIL: info@aaacarsales.net**

  

HOME    Inventory    Apply Online    About Us    Testimonials    Make Payment    Contact Us

# CONTACT USED CAR DEALER IN MIAMI, FL

## AAA Car Sales

10301 NW 27th Ave
Miami, FL 33147

| Sales | (786) 615-4474 |

### Sales

| Monday | 10:00 AM - 7:00 PM |
| Tuesday | 10:00 AM - 7:00 PM |
| Wednesday | 10:00 AM - 7:00 PM |
| Thursday | **10:00 AM - 7:00 PM** |
| Friday | 10:00 AM - 7:00 PM |
| Saturday | 10:00 AM - 7:00 PM |
| Sunday | CLOSED |







  

  

  








