# EXHIBIT 6

January 17, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 770803305875

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | M.MATTA | **Delivery Location:** | |
| **Service type:** | FedEx Express Saver | | |
| **Special Handling:** | Deliver Weekday | | MIAMI, FL, |
| | | **Delivery date:** | Dec 19, 2022 10:41 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 770803305875 | **Ship Date:** | Dec 16, 2022 |
| | | **Weight:** | |

| Recipient: | Shipper: |
|---|---|
| MIAMI, FL, US, | WINTER PARK, FL, US, |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx