# EXHIBIT 7







**HOME** | Inventory | Apply Online | About Us | Testimonials | Make Payment | Contact Us







**HOME** | Inventory | Apply Online

# AAA Car Sales

10301 NW 27th Ave
Miami, FL 33147

**Sales** (786) 615-4474

info@aaacarsales.net

| | |
|---|---|
| **Monday** | 10:00 AM - 7:00 PM |
| **Tuesday** | 10:00 AM - 7:00 PM |
| **Wednesday** | **10:00 AM - 7:00 PM** |
| **Thursday** | 10:00 AM - 7:00 PM |
| **Friday** | 10:00 AM - 7:00 PM |
| **Saturday** | 10:00 AM - 7:00 PM |
| **Sunday** | CLOSED |



10301 NW 27th Ave,
Miami, FL 33147

SALES: (786) 615-4474
EMAIL: info@aaacarsales.net

  

**HOME**  **Inventory**  **Apply Online**  **About Us**  **Testimonials**  **Make Payment**  **Contact Us**



# USED CAR DEALERSHIP IN MIAMI, FL

AAA Car Sales is a family owned used car dealership in Miami, FL. With over 20 years of experience, our dealership is dedicated to offering high-quality, pre-owned vehicles to our customers.

From the moment you walk through our door, we're committed to providing you with a great car-buying experience. With our skilled sales staff and financing options, we'll help you get the vehicle you want, at the great price you deserve.

Our goal is for you to be so delighted with your vehicle purchase that you'll come see us when you need your next car and will happily recommend us to friends and family. Customer referrals are the ultimate compliment.

**HOW TO REACH US?**

10301 NW 27th Ave,
Miami, FL 33147

**STORE HOURS**

**Mon - Sat :** 10:00 AM - 7:00 PM
**Sun :** CLOSED

**FOLLOW US**

