# EXHIBIT 8









# CONTACT USED CAR DEALER IN MIAMI, FL

## AAA Car Sales

10301 NW 27th Ave
Miami, FL 33147

**Sales**                                    (786) 615-4474

### Sales

| Day | Hours |
|-----|-------|
| **Monday** | 10:00 AM - 7:00 PM |
| **Tuesday** | 10:00 AM - 7:00 PM |
| **Wednesday** | 10:00 AM - 7:00 PM |
| **Thursday** | **10:00 AM - 7:00 PM** |
| **Friday** | 10:00 AM - 7:00 PM |
| **Saturday** | 10:00 AM - 7:00 PM |
| **Sunday** | CLOSED |





